UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GARLAND BRITT,

                        Petitioner,

    - against -

UNITED STATES OF AMERICA,

                        Respondent.
------------------------------------------------------------x

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/05/07

07 Civ. 9486 (RMB)(DFE)

**ADMINISTRATIVE ORDER**

      It is hereby **ORDERED**, that the order of referral to Magistrate Judge Douglas F. Eaton for a Report and Recommendation for the above-entitled action be withdrawn.

Dated: New York, New York
       November 5, 2007

                                                  _/s/ RMB_
                                          **Richard M. Berman, U.S.D.J.**