```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/05/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GARLAND BRITT,

                Petitioner,

      - against -

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------------------x

07 Civ. 9486 (RMB)(DFE)

**ADMINISTRATIVE ORDER**

Garland Britt ("Petitioner"), has moved this Court to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. I direct that the United States of America ("Respondent") serve and file a response by November 26, 2007, showing cause why the motion should not be granted. The Clerk is directed to serve, a copy of the Order and underlying Motion on the United States Attorney for the Southern District of New York. Respondent shall also provide all transcripts and briefs in the trial and appellate courts directly relevant to the matters raised in Petitioner's motion. Respondent shall transmit copies of these documents directly to the chambers of the undersigned, in Room 650 of the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York 10007, in addition to filing these documents with the Clerk's Office. Petitioner may serve and file reply papers, if any, by no later than December 10, 2007.

      **SO ORDERED.**

Dated: New York, New York
       November 5, 2007

                                                _____
                                               **Richard M. Berman, U.S.D.J.**